UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NORTH VILLAGE DEVELOPMENT, INC,

        Plaintiff,

  v.

DETRA LEWIS,

        Defendant.

No. 2:17-cv-00918-GEB-KJN

***SUA SPONTE* REMAND ORDER**[*]

On May 1, 2017, Defendant Detra Lewis filed a Notice of Removal removing this unlawful detainer case from the Superior Court of California for the County of Solano. (Notice of Removal ("NOR"), ECF No. 1.) For the following reasons, the Court *sua sponte* remands this case to the Superior Court of California for the County of Solano for lack of subject matter jurisdiction.

"There is a 'strong presumption against removal jurisdiction,' and the removing party has the burden of establishing that removal is proper." <u>Lindley Contours, LLC v. AABB Fitness Holdings, Inc.</u>, 414 F. App'x 62, 64 (9th Cir. 2011) (quoting <u>Gaus v. Miles, Inc.</u>, 980 F.2d 564, 566 (9th Cir. 1992)). "If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall

---

[*] The undersigned judge revokes any actual or anticipated referral to a Magistrate Judge for the purposes of Findings and Recommendations in this case.

1

be remanded." 28 U.S.C. § 1447(c). "The court may — indeed must — remand [a case] *sua sponte* if it determines that it lacks subject matter jurisdiction." GFD, LLC v. Carter, No. CV 12-08985 MMM (FFMx), 2012 WL 5830079, at *2 (C.D. Cal. Nov. 15, 2012) (citing Kelton Arms Condo. Owners Ass'n v. Homestead Ins. Co., 346 F.3d 1190, 1192 (9th Cir. 2003)).

Defendant argues in the NOR that federal question removal jurisdiction exists because "[t]he complaint presents federal questions," and his state court filings raise questions of federal law. NOR ¶¶ 6, 8, 10.

However, the Complaint attached to the NOR only contains a California unlawful detainer claim. NOR Ex. A, at 11-13. "As a general rule, . . . a case will not be removable if the complaint does not affirmatively allege a federal claim." Beneficial Nat'l Bank v. Anderson, 539 U.S. 1, 6 (2003). Furthermore, "[f]ederal jurisdiction cannot be predicated on an actual or anticipated defense." Vaden v. Discover Bank, 556 U.S. 49, 60 (2009). Therefore, the federal court lacks subject matter jurisdiction and this case is remanded to the Superior Court of California for the County of Solano.

Dated: May 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2